**DISMISS and Opinion Filed November 21, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01340-CR**

**No. 05-22-01342-CR**

**CHRISTOPHER AARON QUEZADA, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-22354-J, F20-00326-J**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Breedlove
Opinion by Justice Goldstein

Before the Court are appellant's motions to dismiss these appeals. The motions are signed by appellant and his counsel. We grant the motions to dismiss, and we dismiss the appeals.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)

221340F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER AARON
QUEZADA, Appellant

No. 05-22-01340-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District
Court No. 3, Dallas County, Texas
Trial Court Cause No. F18-22354-J.
Opinion delivered by Justice
Goldstein. Justices Carlyle and
Breedlove participating.

Based on the Court's opinion of this date, appellant's motion to dismiss the appeal is **GRANTED**, and we **ORDER** the appeal **DISMISSED**.

Judgment entered November 21, 2023



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

CHRISTOPHER AARON
QUEZADA, Appellant

No. 05-22-01342-CR       V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District
Court No. 3, Dallas County, Texas
Trial Court Cause No. F20-00326-J.
Opinion delivered by Justice
Goldstein. Justices Carlyle and
Breedlove participating.

Based on the Court's opinion of this date, appellant's motion to dismiss the appeal is **GRANTED**, and we **ORDER** the appeal **DISMISSED**.

Judgment entered November 21, 2023